IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD E. HENRY**                                                    **PLAINTIFF**

VS.                    CASE NO. 4:18CV00464 JM

**BARRY SIMS and**
**JUDICIAL DISCIPLINE AND**
**DISABILITY COMMISSION**                                              **DEFENDANTS**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 18th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE