**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RONALD E. HENRY**                                                                                   **PLAINTIFF**

**VS.**                              **CASE NO. 4:18CV00464 JM**

**BARRY SIMS and**
**JUDICIAL DISCIPLINE AND**
**DISABILITY COMMISSION**                                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied.

DATED this 18th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE